# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2016

151589

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

                  SC: 151589
                  COA: 324851
                  Kent CC: 13-007303-FH

DARRELL ODEN, JR.,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the March 24, 2015 order of the Court of Appeals is considered. With regard to the defendant's challenge to costs, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2016



Clerk

a0229